IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRANCH BANKING AND
TRUST COMPANY,

     Appellant,

v.

EDRA C. TAYLOR; THE
SANCTUARY HOMEOWNERS'
ASSOCIATION OF
MONTICELLO, INC. AKA THE
SANCTUARY HOMEOWNERS'
ASSOCIATION, INC.; ANY
AND ALL UNKNOWN
PARTIES CLAIMING BY,
THROUGH, UNDER, OR
AGAINST THE HEREIN
NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE
NOT KNOWN TO BE DEAD
OR ALIVE, WHETHER SAID
UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES,
GRANTEES, OR OTHER
CLAIMANTS; UNKNOWN
TENANT(S) whose name is
fictitious to account for parties in
possession,

     Appellees.

_____/

Opinion filed October 13, 2016.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5291

CORRECTED PAGES: pg 2
CORRECTION IS UNDERLINED IN
RED
MAILED: October 13, 2016
BY: KMS

An appeal from the Circuit Court for Jefferson County.
Karen A. Gievers, Judge.

William S. Isenberg and Jonathan L. Blackmore, Phelan Hallinan Diamond & Jones, PLLC, Ft. Lauderdale, for Appellant.

No appearance for Appellees.

WOLF, J.

In this mortgage foreclosure action, the trial court granted appellant's motion for summary judgment but awarded appellant only the past due amount and not the accelerated amount of appellee Edra Taylor's note and mortgage.

Appellant alleges the trial court erroneously believed appellant was required to specifically plead that all conditions precedent to acceleration had occurred in order to be awarded the accelerated amount of damages. Even if such a requirement exists, counsel for appellee conceded that appellant had completed all conditions precedent to requesting the accelerated amount.

Therefore, we REVERSE and REMAND for the trial court to grant appellant's motion for summary judgment and award appellant both the past due amount and the accelerated amount of appellee's note and mortgage.

LEWIS and OSTERHAUS, JJ., CONCUR.